# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| EASYKNOCK, INC., et al. | § § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:21−cv−03669 |
| | § | |
| FELDMAN & FELDMAN, P.C., et al. | § § | |
| Defendant. | § § | |

## NOTICE OF SETTING

A Motion Hearing has been set in this matter for 05:15 PM on 11/18/2021. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1600733549?pwd=UkRubzRvSmZvNllkQ29iVEwvNmw3UT09*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 073 3549
Meeting Password: 483219

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 11/12/2021

Byron Thomas
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.