# HEARING MINUTES

Cause No:     4:21-cv-3669

Style:        EasyKnock, Inc. et al v. Feldman & Feldman, P.C. et al

Hearing Type: Motion Hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Christopher Bailey Trowbridge, Scott R. Larson | Plaintiffs, EasyKnock, Inc., EK Real Estate Services of NY, LLC |
| John Kiley Edwards, Chip L Babcock, IV | Defendants, Feldman & Feldman, P.C, Cristen D. Feldman, David M. Feldman |

Date: November 18, 2021  
Time: 17:20 – 17:44

Court Reporter: Miller  
Law Clerk: M. Mitchell

At the hearing, the following rulings were made as stated on the record:

1. Motion hearing was held regarding Plaintiff's Complaint and Application for *Ex Parte* Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction Relief (Dkt. 1) and the court will issue a ruling on the motion.