# HEARING MINUTES

Cause No:        4:21-CV-3669

Style:           EasyKnock, Inc. et al v. Feldman & Feldman, P.C. et al

Hearing Type:    Pre-motion conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Kristopher Dennis Hill | Plaintiffs |
| Scott R. Larson | Plaintiffs |
| Christopher Bailey Trowbridge | Plaintiffs |
| Charles L. Babcock, IV | Defendants |
| John Kiley Edwards | Defendants |

Date: January 19, 2022                Court reporter: Alcaraz
Time: 10:06 a.m.—10:42 a.m.           Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

    The Court reconvened the January 12, 2022 pre-motion conference as stated on the record.