Case 4:21-cv-03669   Document 40   Filed on 02/11/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EASYKNOCK, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-03669 |
| FELDMAN & FELDMAN, P.C., *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

The Court has entered an order denying Plaintiffs' application for a temporary restraining order and request for expedited discovery. (Dkt. 39). Any party that so desires may request an evidentiary hearing regarding injunctive relief or file a motion to dismiss under Federal Rule of Civil Procedure 12 without first filing a request for a pre-motion conference under Section 6(B) of this Court's procedures.

SIGNED at Houston, Texas this 11th day of January 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE